UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RDS ENTERPRISES LLC,
and
ROCK HILL REAL ESTATE II LP,
          Plaintiffs,

      No. 2:12-cv-00583-WY

v.

FERRARI NORTH AMERICA, INC.,
          Defendant.

### NOTICE OF DISMISSAL

The parties having entered into a Settlement Agreement in settlement of the subject matter involved in the above-captioned action before the defendant has served either an answer or motion for summary judgment, plaintiffs give notice in accordance with Rule 41(a)(1)(A)(i) that this action is dismissed with prejudice.

          FOX ROTHSCHILD LLP

          _____
          Michael G. Menkowitz (Pa. Id. 60412)
          William H. Stassen (Pa. Id. 78228)
          Peter C. Buckley (Pa. Id. 93123) (pcb8931)
          2000 Market Street, Twentieth Floor
          Philadelphia, PA  19103-3291
          Tel (215) 299-2854
          Fax (215) 299-2150
          pbuckley@foxrothschild.com

          Attorneys for Plaintiffs,
          RDS Enterprises LLC and
          Rock Hill Real Estate II LP

Date:  April 9, 2012

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Dismissal with Prejudice was served this day upon the following:

**Via E-Mail and First Class Mail**
John Sullivan, Esquire
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022

*Attorney for Defendant,*
*Ferrari North America, Inc.*

Peter C. Buckley, Esquire

Date: April 9, 2012