UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RDS ENTERPRISES LLC,<br>and<br>ROCK HILL REAL ESTATE II LP,<br>                    Plaintiffs,<br><br>v.<br><br>FERRARI NORTH AMERICA, INC.,<br>                    Defendant. | :<br>:<br>:<br>:<br>: No. 2:12-cv-00583-WY<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF CANCELLATION OF *LIS PENDENS*

TO THE CLERK:

Kindly cancel the *lis pendens* indexed against 1234 Lancaster Avenue, Rosemont, Pennsylvania on February 6, 2012. The persons against whom this action was indexed are as follows:

RE Rosemont Holdings LP
c/o Mr. Jay Robert Segal
1110 Indian Creek Road
Wynnewood, PA 19096

Ferrari North America, Inc.
250 Sylvan Avenue
Englewood Cliffs, NJ 07632

FOX ROTHSCHILD LLP

Michael G. Menkowitz (Pa. Id. 60412)
William H. Stassen (Pa. Id. 78228)
Peter C. Buckley (Pa. Id. 93123) (pcb8931)
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103-3291
Tel (215) 299-2854
Fax (215) 299-2150
pbuckley@foxrothschild.com

Attorneys for Plaintiffs,
RDS Enterprises LLC and
Rock Hill Real Estate II LP

Date: April 9, 2012

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Cancellation of *Lis Pendens* was served this day upon the following:

**Via First Class Mail and E-Mail**
RE Rosemont Holdings LP
c/o Mr. Jay Robert Segal
1110 Indian Creek Road
Wynnewood, PA 19096

**Via First Class Mail and E-Mail**
John Sullivan, Esquire
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022

Attorneys for Defendant,
Ferrari North America, Inc.

_____
Peter C. Buckley, Esquire

Date: April 9, 2012